# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00555-CR

**John Terry, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM COUNTY COURT AT LAW NO. 3 OF TRAVIS COUNTY
### NO. C-1-CR-11-202939, HONORABLE JOHN LIPSCOMBE, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant filed his notice of appeal on September 3, 2014. His brief was due on June 8, 2015. On June 17, 2015, this Court informed appellant's counsel that appellant's brief was overdue and that we would refer the matter to the trial court for a hearing if we did not receive a response by June 29, 2015.

To date, appellant's brief has not been filed and his appointed counsel has not responded to our notice. We therefore abate this appeal and remand the case to the trial court. The trial court shall conduct a hearing to determine whether appellant wishes to pursue this appeal and, if so, whether counsel has abandoned the appeal. *See* Tex. R. App. P. 38.8(b)(2), (3). If necessary, the trial court shall appoint substitute counsel who will effectively represent appellant in this appeal. The trial court shall make appropriate written findings and recommendations. *See* Tex. R. App. P.

38.8(b)(2), (3).  Following the hearing, which shall be transcribed, the trial court shall order the appropriate supplemental clerk's and reporter's records—including all findings and orders—to be prepared and forwarded to this Court no later than September 11, 2015.  *See* Tex. R. App. P. 38.8(b)(3).

It is so ordered this 12th day of August, 2015.


Before Justices Puryear, Goodwin, and Bourland

Abated and Remanded

Filed:   August 12, 2015

Do Not Publish

2